United States District Court
Southern District of Texas
FILED

SEP 15 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DONALD MORIN, DIANA MORIN, § <br> JENNIFER MAY GWIN, DANNY § <br> MORIN, AND RUBEN RIOS, SR, AS § <br> NEXT FRIEND OF RUBEN § <br> RIOS, JR., A MINOR, MARIA D. LOPEZ, § <br> AS NEXT FRIEND OF BRIAN MORIN, § <br> A MINOR § <br> § <br> VS. § <br> § <br> RALPH D. MOORE, § <br> JOSEPH B. VASQUEZ, § <br> JIM SCHEOPNER, AND § <br> CITY OF HARLINGEN, TEXAS § | CIVIL ACTION NO. B-00-105 |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs request leave of Court to amend its Original Complaint, as permitted by Fed. R. Civ. P. 15(a).

### A. Introduction

1. Plaintiffs, Donald Morin, et al., sued Defendants, City of Harlingen, et al., for the wrongful deaths of Margarita Flores and Delia Morin under 42 U.S.C. §1983 and the Texas Tort Claims Act (Tex. Civ. Prac. & Rem. Code Chapt. 101).

2. Defendant filed an answer.

3. Defendants filed a Motion to Dismiss Complaint under FRCP 12(b)(6) based on Qualified Immunity.

1

### B. Grounds for Amendment

4. The Court should allow the filing of Plaintiffs' amended pleading because a witness previously unknown to Plaintiffs has recently provided a sworn statement containing relevant and material evidence pertinent to the elements of Plaintiffs' cause of action requiring Plaintiffs to amend their pleading and properly respond to Defendants' Motion to Dismiss Under FRCP 12(b)(6) and Under Qualified Immunity.

5. Plaintiffs are filing their amended pleading contemporaneously with this motion.

6. Defendants will not be prejudiced by Plaintiffs' amended pleading because Plaintiffs' causes of action have not been changed but rather additional evidence has surfaced, which supports Plaintiffs' causes of action and which Defendants' can timely respond to.

### C. Prayer

7. For these reasons, Plaintiffs ask the Court to grant their motion for leave to file the amended pleading.

Respectfully submitted,

LAW OFFICE OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

By: _____
Jerry J. Treviño
State Bar No. 20211228
Fed. I.D. No. 15031

**Attorney for Plaintiffs**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Motion for Leave to Filed First Amend Complaint was delivered to counsel of record listed below on this ___15th___ day of ___September___, 2000.

Mr. Roger W. Hughes
ADAMS & GRAHAM
222 E. Van Buren, West Tower
Harlingen, Texas 78551

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL
2424 North 10th Street, Suite 201
P.O. Drawer 3766
McAllen, Texas 78501

_____
Jerry J. Treviño