10

United States District Court
Southern District of Texas
FILED

SEP 1 8 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE
AND HEARING ON INDIVIDUAL DEFENDANTS' MOTION TO DISMISS COMPLAINT

| CIVIL ACTION NO. B-00-105 | DATE & TIME: 09-18-00 AT 1:30 P.M. |
|---|---|
| DONALD MORIN, ET AL. | PLAINTIFF(S)   JERRY TREVINO |
| | COUNSEL          RAY ALEXANDER |
| VS. | |
| RALPH D. MOORE, ET AL. | DEFENDANT(S)   WALTER J. PASSOMORE |
| | COUNSEL          TOM LOCKHART |
| | ROGER HUGHES |

---

ERO: Gabe Mendieta
Law Clerk: Vadim Mozyrsky

Parties consented to having Civil Action No. B-00-105 consolidated with B-00-104. Court will consider whether to further consolidate this case with similar cases in Judge Tagle's court.

Plaintiffs agreed to drop federal claims against the individual police officers but retained their federal claims against the City of Harlingen as well as their state law claims against the individual police officers.

Defendants were given until October 2nd to file a supplemental response. Plaintiffs were given until October 27 to supplement.