11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 2 0 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DONALD MORIN, DIANA MORIN, | § | |
| JENNIFER MAY GWIN, DANNY | § | |
| MORIN, AND RUBEN RIOS, SR, AS | § | |
| NEXT FRIEND OF RUBEN | § | |
| RIOS, JR., A MINOR, MARIA D, LOPEZ, | § | |
| AS NEXT FRIEND OF BRIAN MORIN, | § | |
| A MINOR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-105 |
| | § | |
| RALPH D. MOORE, | § | |
| JOSEPH VASQUEZ, | § | |
| JIM SCHEOPNER, AND | § | |
| CITY OF HARLINGEN, TEXAS | § | |

## ORDER ON PLAINTIFFS' MOTION FOR
## LEAVE TO FILE FIRST AMENDED COMPLAINT

On _18 SEPT_, 2000, the Court considered Plaintiffs Donald Morin, et al.'s motion for leave to amend. After considering the motion and the response, the Court GRANTS the motion.

SIGNED _18 SEPT_, 2000.

_[signature]_
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE