# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

**MAY 1 6 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DAN MORIN, DIANA MORIN, JENNIFER MAY GWIN, DANNY MORIN, AND RUBEN RIOS SR., AS NEXT FRIEND OF RUBEN RIOS, JR., A MINOR, MARIA D. LOPEZ, AS NEXT FRIEND OF BRIAN MORIN, A MINOR, | § § § § § § § |
| Plaintiffs, | § § |
| VS. | § § |
| RALPH D. MOORE, JOSEPH VASQUEZ, JIM SCHEOPNER, AND CITY OF HARLINGEN, TEXAS, | § § § § § |
| Defendants. | § § |

CIVIL ACTION NO. B-00-104
AND B-00-105

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action.  After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 20, 2001 should be **ADOPTED**.

**IT IS ORDERED** that Defendants' Motion to Dismiss for Failure to State a Claim (Docket No. 23) be **GRANTED**.  **IT IS FURTHER ORDERED** that Individual Defendants' Motion to Dismiss Based on Qualified Immunity (Docket No. 24) be **GRANTED**.  This case is **DISMISSED** with **PREJUDICE**.

DONE in Brownsville, Texas, on this 16th day of MAY, 2001.

Filemon B. Vela
United States District Court Judge